Michael Knapp, SBN 200422
E-Mail: mknapp@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 332-8842
Facsimile: (704) 332-8858

Attorney for Defendant GMAC Mortgage, LLC

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **SYLVIA LEWIS AND ROBERT LEWIS,** | ) |
| Plaintiffs, | ) |
| vs. | ) **CIVIL ACTION NO.:** |
| **GMAC MORTGAGE, LLC, TCIF REO GCM CALIFORNIA, LLC, 50 BY 50 REO LLC, EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, MATEL REALTORS, KEN DAVID ELVING, and DOES 1 through 100 inclusive,** | ) **GMAC MORTGAGE, LLC'S NOTICE OF REMOVAL** |
| Defendants. | ) |

**COMES NOW** defendant, GMAC Mortgage, LLC ("GMAC"), by and through its counsel, and pursuant to 28 U.S.C. § 1331 and § 1441, as amended, hereby give notice of the removal of this action to the United States District for the Eastern District of California, Fresno Division. As grounds for this removal, GMAC states as follows:

1. On or about October 28, 2009, Robert and Sylvia Lewis ("Plaintiffs") commenced a civil action against GMAC, ETS, TCIF REO GCM California, LLC ("TCIF"), 50 by 50 REO,

1
**GMAC MORTGAGE, LLC'S NOTICE OF REMOVAL**

LLC ("50 by 50"), Matel Realtors ("Matel"), Ken David Elving ("Elving"), and Does 1 through 100, in the Superior Court of the State of California for the County of Stanislaus, now pending as Case No. 647163.

2. The Superior Court of the State of California for the County of Stanislaus is a state court within this judicial district.

3. Plaintiffs never served the defendants with a copy of the Complaint.

4. On or about December 9, 2009, Plaintiffs filed their First Amended Complaint.

5. A copy of the Superior Court's file is attached hereto as **Exhibit A**. There have been no other process, pleadings or orders served to date other than those contained in Exhibit A.

6. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b), which provides, in pertinent part, as follows:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

7. GMAC, through counsel, accepted service of the summons and First Amended Complaint on December 14, 2010. Therefore, this notice of removal is timely because it was filed within thirty (30) days of service of the summons and complaint.

8. This case is properly removable pursuant to 28 U.S.C. § 1441, which provides, in pertinent part, as follows:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

> (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

28 U.S.C. § 1441(a)-(b).

### I.   FEDERAL QUESTION JURISDICTION

9. This action is properly removable under 28 U.S.C. § 1441(a) and (b) because the United States District Court has original jurisdiction of this case under 28 U.S.C. § 1331, as amended, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. Plaintiffs First Amended Complaint sets forth claims brought pursuant to federal statutes, including the Real Estate Settlement and Procedures Act, 12 U.S.C. §§ 2601 *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(a)(2), e, and f. This Court has original jurisdiction over these claims.

11. The fact that Plaintiffs joined other non-removable claims does not prevent the case from being removed. *See* 28 U.S.C. § 1441(c) ("Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.").

12. Accordingly, removal of this action is proper.

### II.   ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED

13. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

14. GMAC has heretofore sought no similar relief.

15. A copy of this notice is being filed with the Clerk of the Superior Court of the State of California for the County of Stanislaus, as provided under 28 U.S.C. § 1446. GMAC is also giving prompt written notice to Plaintiffs of the filing of this Notice of Removal.

16. Co-Defendants Matel, Elving, TCIF, 50 by 50, through their counsel, join in this Notice.

**WHEREFORE, PREMISES CONSIDERED**, Defendant GMAC Mortgage, LLC requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Superior Court of the State of California for the County of Stanislaus, to the United States District Court for the Eastern District of California, Fresno Division.

DATED this 11th day of January, 2010.

Respectfully submitted,

/s/ Michael Knapp
Michael Knapp, SBN 200422
E-Mail: mknapp@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 332-8842
Facsimile: (704) 332-8858

*Attorney for GMAC Mortgage, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also served on the following by placing same in the U.S. Mail, postage prepaid and properly addressed, this 11th day of January, 2010:

>Maeve Elise Brown
>Elizabeth S. Letcher
>Housing and Economic Rights Advocates
>1814 Franklin Stree, Suite 1040
>Oakland, CA 94612
>
>Erica L. Craven-Green
>Law Offices of Erica L. Craven-Green
>P.O. Box 460367
>San Francisco, CA 94146
>
>Robin Prema Wright
>Wright, Finlay & Zak, LLP
>4665 MacArthur Court, Suite 280
>Newport Beach CA 92660

                                            /s/ Michael Knapp
                                            OF COUNSEL