Michael Knapp, SBN 200422
E-Mail: mknapp@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 332-8842
Facsimile: (704) 332-8858

Attorney for Defendants Executive Trustee Services, LLC, Matel Realtors and Ken David Elving

Robin Prema Wright, SBN 150984
rwright@wrightlegal.net
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach CA 92660
Telephone: (949) 477-5050 ext. 1001
Facsimile: (949) 477-9200

Attorney for Defendants TCIF REO GCM California, LLC and 50 by 50 REO, LLC

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **SYLVIA LEWIS AND ROBERT LEWIS,** | )<br>)<br>) |
| Plaintiffs, | ) [STANISLAUS COUNTY SUPERIOR COURT<br>) CASE NO. 647163] |
| vs. | )<br>) **CIVIL ACTION NO.:** |
| **GMAC MORTGAGE, LLC, TCIF REO GCM CALIFORNIA, LLC, 50 BY 50 REO LLC, EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, MATEL REALTORS, KEN DAVID ELVING, and DOES 1 through 100 inclusive,** | )<br>) **JOINDER IN NOTICE OF REMOVAL**<br>) **ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

1
JOINDER IN NOTICE OF REMOVAL ACTION

Defendants Executive Trustee Services, LLC dba ETS Services, Matel Realtors, Ken David Elving, 50 by 50 REO, LLC, and TCIF REO GCM California, LLC, hereby join in defendant GMAC Mortgage, LLC's ("GMAC") Notice of Removal to the United States District Court for the Eastern District of California, Fresno Division of the state court action described in GMAC's concurrently filed Notice of Removal.

DATED this 11th day of January, 2010.

/s/ Michael Knapp
Michael Knapp, SBN 200422
E-Mail: mknapp@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 332-8842
Facsimile: (704) 332-8858

*Attorney for Executive Trustee Services, LLC dba ETS Services, LLC, Matel Realtors and Ken David Elving*

/s/ Robin Prema Wright
Robin Prema Wright
(Calif. Bar. No. 150984)
rwright@wrightlegal.net
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 280
Newport Beach CA 92660
Direct line (949) 477-5059
Main line (949) 477-5050 ext. 1001
Fax (949) 477-9200

*Attorney for 50 by 50 REO, LLC and TCIF REO GCM California, LLC*

2
JOINDER IN NOTICE OF REMOVAL ACTION

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served on the following by placing same in the U.S. Mail, postage prepaid and properly addressed, this 11th day of January, 2010:

>Maeve Elise Brown
>Elizabeth S. Letcher
>Housing and Economic Rights Advocates
>1814 Franklin Stree, Suite 1040
>Oakland, CA 94612
>
>Erica L. Craven-Green
>Law Offices of Erica L. Craven-Green
>P.O. Box 460367
>San Francisco, CA 94146

          /s/ Michael Knapp
          OF COUNSEL