Michael Knapp, SBN 200422
E-Mail: mknapp@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 332-8842
Facsimile: (704) 332-8858

Attorney for Defendants GMAC Mortgage, LLC,
Executive Trustee Services, LLC dba ETS Services, LLC,
Matel Realtors and Ken David Elving

(additional counsel on signature page)

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **SYLVIA LEWIS AND ROBERT LEWIS,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) NO.: 1:10-CV-00063-AWI-DLB<br>)<br>) **JOINT STIPULATION FOR**<br>**EXTENSION OF RESPONSIVE**<br>**PLEADING DEADLINE** |
| **GMAC MORTGAGE, LLC, TCIF REO GCM CALIFORNIA, LLC, 50 BY 50 REO LLC, EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, MATEL REALTORS, KEN DAVID ELVING, and DOES 1 through 100 inclusive,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**COME NOW** defendants, GMAC Mortgage, LLC, TCIF REO GCM California, LLC, and 50 by 50 REO LLC, Executive Trustee Services, LLC dba ETS Services, LLC, Matel Realtors, and Ken David Elving ("defendants") and plaintiffs, by and through their counsel, and pursuant to Local Rule 144, hereby stipulate to this Honorable Court that the Parties have agreed

to a twenty-eight (28) day extension to defendants' responsive pleading deadline. In so doing, the Parties stipulate to this Honorable Court that defendants shall have until on or before February 16, 2010 to file a responsive pleading to plaintiffs' First Amended Complaint.

DATED this 19th day of January, 2010.

| | |
|---|---|
| /s/ Erica L. Craven-Green | /s/ Michael Knapp |
| Erica L. Craven-Green | Michael Knapp, SBN 200422 |
| E-Mail: ecravengreen@gmail.com | E-Mail: mknapp@babc.com |
| Law Offices of Erica L. Craven-Green | BRADLEY ARANT BOULT CUMMINGS LLP |
| P.O. Box 460367 | Bank of America Corporate Center |
| San Francisco, CA 94146 | 100 N. Tryon Street, Suite 2690 |
| Telephone: (415) 572-9028 | Charlotte, NC 28202 |
| Facsimile: (415) 572-9028 | Telephone: (704) 338-6004 |
| | Facsimile: (704) 332-8858 |
| Maeve Elise Brown | |
| Elizabeth S. Letcher | *Attorney for GMAC Mortgage, LLC, Executive Trustee Services, LLC dba ETS Services, LLC, Matel Realtors, and Ken David Elving* |
| Housing and Economic Rights Advocates | |
| 1814 Franklin Stree, Suite 1040 | |
| Oakland, CA 94612 | |

*Attorneys for Plaintiffs*


/s/ Robin P. Wright
Robin P. Wright
E-Mail: rwright@wrightlegal.net
Wright Finlay & Zak
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone:  (949) 477-5050
Facsimile:  (949) 477-9200

*Attorney for TCIF REO GCM California, LLC, and 50 by 50 REO LLC*

2
**JOINT STIPULATION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**

1/1988310.1