Maeve Elise Brown
Elizabeth S. Letcher, SBN 172986
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
*Attorneys for Plaintiffs*

*Counsel and parties continued on following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA LEWIS AND ROBERT LEWIS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GMAC MORTGAGE, LLC, TCIF REO GCM CALIFORNIA, LLC, 50 BY 50 REO, LLC, EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC MATEL REALTORS, KEN ELVING, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | No. 1:10-CV-00063-AWI-DLB<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT, MOTION TO STRIKE PUNITIVE DAMAGES AND ATTORNEYS' FEES BY DEFENDANTS TCIF REO GCM CALIFORNIA, LLC AND 50 BY 50 REO LLC, MOTION TO STRIKE, AND RESETTING HEARING DATE TO APRIL 19, 2010 AT 1:30 P.M.**<br><br>**ORDER** |

Erica L. Craven-Green, SBN 199918
LAW OFFICES OF ERICA L. CRAVEN-GREEN
P.O. Box 460367
San Francisco, CA 94146
*Attorney for Plaintiffs*

James C. Sturdevant
Monique Olivier
Whitney Huston
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco CA 94104
*Attorneys for Plaintiffs*

Michael W. Knapp, SBN 200422
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
E-Mail: mknapp@babc.com
*Attorney for Defendant Executive Trustee Services,
LLC dba ETS Services, LLC*

Robin Prema Wright
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 280
Newport Beach CA 92660
*Attorney for Defendants TCIF REO GCM California, LLC
and 50 by 50 REO, LLC*

Due to the fact that the parties are currently working toward a resolution of this matter, IT IS STIPULATED by and between the parties, through their respective counsel of record, that the hearing date for Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Strike Punitive Damages and Attorney's Fees be extended by 28 days. Plaintiffs shall have until <u>March 29, 2010</u> to file and serve the oppositions to these motions;

Defendants shall have until Monday, April 12, 2010 to file and serve replies;  and the parties request that the hearing be reset to Monday, April 19, 2010 at 1:30 p.m.

No previous extensions have been sought or granted.

It is so stipulated.

| | |
|---|---|
| Dated:   February 26, 2010 | By:   s/ Elizabeth S. Letcher <br> Maeve Elise Brown <br> Elizabeth S. Letcher <br> HOUSING AND ECONOMIC RIGHTS ADVOCATES <br> 1814 Franklin Street, Suite 1040 <br> Oakland, CA 94612 <br> Attorneys for Plaintiffs <br><br> Erica L. Craven-Green <br> LAW OFFICES OF ERICA L. CRAVEN-GREEN <br> P.O. Box 460367 <br> San Francisco, CA 94146 <br> *Attorney for Plaintiffs* <br><br> James C. Sturdevant <br> Monique Olivier <br> Whitney Huston <br> THE STURDEVANT LAW FIRM <br> A Professional Corporation <br> 354 Pine Street, Fourth Floor <br> San Francisco CA 94104 <br> *Attorneys for Plaintiffs* <br><br> Dated:2/26/10        By:   s/ Robin Prema Wright <br> Robin Prema Wright <br> WRIGHT, FINLAY & ZAK, LLP <br> 4665 MacArthur Court, Suite 280 <br> Newport Beach CA 92660 <br> *Attorney for Defendants TCIF REO GCM California, LLC and 50 by 50 REO, LLC* |

//

|  |  |
|---|---|
| Dated: 2/26/2010 | By:  s/ Michael W. Knapp  <br>Michael W. Knapp, SBN 200422  <br>BRADLEY ARANT BOULT CUMMINGS LLP  <br>Bank of America Corporate Center  <br>100 N. Tryon Street, Suite 2690  <br>Charlotte, NC 28202  <br>Telephone: (704) 338-6000  <br>Facsimile: (704) 332-8858  <br>E-Mail: mknapp@babc.com  <br>*Attorney for Defendants GMAC Mortgage, LLC, Executive Trustee Services, LLC, Matel Realtors and Ken David Elving* |

**ORDER**

IT IS SO ORDERED.

**Dated:   March 1, 2010**              /s/ **Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE