Maeve Elise Brown
Elizabeth S. Letcher
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
*Attorneys for Plaintiffs*

*Counsel and parties continued on following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA LEWIS AND ROBERT LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>GMAC MORTGAGE, LLC, TCIF REO GCM CALIFORNIA, LLC, 50 BY 50 REO, LLC, EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC MATEL REALTORS, KEN ELVING, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 1:10-CV-00063-AWI-DLB<br><br>**STIPULATION EXTENDING BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT, MOTION TO STRIKE PUNITIVE DAMAGES AND ATTORNEYS' FEES BY DEFENDANTS TCIF REO GCM CALIFORNIA, LLC AND 50 BY 50 REO LLC, MOTION TO STRIKE, AND RESETTING HEARING DATE TO MAY 3, 2010 AT 1:30 P.M.**<br><br>**ORDER** |

Erica L. Craven-Green
LAW OFFICES OF ERICA L. CRAVEN-GREEN
P.O. Box 460367
San Francisco, CA 94146
*Attorney for Plaintiffs*

James C. Sturdevant
Monique Olivier
Whitney Huston
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco CA 94104
*Attorneys for Plaintiffs*

Michael W. Knapp, SBN 200422
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
E-Mail: mknapp@babc.com
*Attorney for Defendant GMAC Mortgage, LLC,*
*Executive Trustee Services, LLC dba ETS Services, LLC,*
*Matel Realtors and Ken Elving*

Robin Prema Wright
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 280
Newport Beach CA 92660
*Attorney for Defendants TCIF REO GCM California, LLC*
*and 50 by 50 REO, LLC*

Because the parties are working toward resolution of this matter, IT IS STIPULATED by and between the parties, through their respective counsel of record, that the briefing schedule and hearing date for Defendants TCIF REO GCM California, LLC and 50 by 50 REO, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Strike Punitive Damages and Attorney's Fees may be extended 28 days.

Plaintiffs shall have until Monday, April 12, 2010 to oppose the motions;   Defendants shall have until Monday, April 26, 2010 to Reply;  and the parties request that the hearing be reset to Monday, May 3, 2010 at 1:30 p.m..

One previous extension of 28 days has been sought and was granted.

It is so stipulated.

Dated:   March 16, 2010                             By:   s/ Elizabeth S. Letcher
                                                    Maeve Elise Brown
                                                    Elizabeth S. Letcher
                                                    HOUSING AND ECONOMIC RIGHTS ADVOCATES
                                                    1814 Franklin Street, Suite 1040
                                                    Oakland, CA 94612
                                                    Attorneys for Plaintiffs

                                                    Erica L. Craven-Green
                                                    LAW OFFICES OF ERICA L. CRAVEN-GREEN
                                                    P.O. Box 460367
                                                    San Francisco, CA 94146
                                                    *Attorney for Plaintiffs*

                                                    James C. Sturdevant
                                                    Monique Olivier
                                                    Whitney Huston
                                                    THE STURDEVANT LAW FIRM
                                                    A Professional Corporation
                                                    354 Pine Street, Fourth Floor
                                                    San Francisco CA 94104
                                                    *Attorneys for Plaintiffs*

//

//

Dated:   March 16, 2010                             By:   s/ Robin Prema Wright
                                                    Robin Prema Wright
                                                    WRIGHT, FINLAY & ZAK, LLP

4665 MacArthur Court, Suite 280
Newport Beach CA 92660
*Attorney for Defendants TCIF REO GCM California, LLC and 50 by 50 REO, LLC*

Dated: March 16, 2010     By: s/ Michael W. Knapp
Michael W. Knapp, SBN 200422
BRADLEY ARANT BOULT CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
E-Mail: mknapp@babc.com
*Attorney for Defendants GMAC Mortgage, LLC, Executive Trustee Services, LLC, Matel Realtors and Ken David Elving*

**ORDER**

IT IS SO ORDERED.

Dated:   **March 17, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE