UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA LEWIS and ROBERT LEWIS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GMAC MORTGAGE, LLC, TCIF REO )<br>GCM CALIFORNIA, LLC, 50 BY 50 )<br>REO, LLC, EXECUTIVE TRUSTEE )<br>SERVICES, LLC dba ETS SERVICES, )<br>LLC, MATEL REALTORS, KEN )<br>ELVING, and DOES 1 through 100 )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | CIV-F- 10-0063 AWI DLB<br><br>ORDER VACATING HEARING DATE OF MAY 3, 2010, AND TAKING MATTER UNDER SUBMISSION |

    Defendant TCIF REO GCM California, LLC has made motions to dismiss and to strike. Docs. 19 and 20. Plaintiffs have not filed any opposition but the parties have lodged a notice of settlement. Doc. 28. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 3, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 28, 2010                                         /s/ Anthony W. Ishii
                                                                   CHIEF UNITED STATES DISTRICT JUDGE